**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MONICA BENNETT,   Case No.: 3:23-cv-1347-HES-LLL

    Plaintiff,

vs.

SHERIFF T.K. WATERS, individually, and in his official capacity as the SHERIFF OF THE CONSOLIDATED CITY OF JACKSONVILLE AND DUVAL COUNTY FLORIDA AND CONSOLIDATED CITY OF JACKSONVILLE AND DUVAL COUNTY OF FLORIDA,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 2.02(c) of the United States District Court for the Middle District of Florida and Rule 4-1.16(b) of the Florida Rules of Professional Conduct, undersigned counsel Michael A. Hurckes respectfully moves this Court for entry of an order permitting him to withdraw as counsel of record for Plaintiff, Monica Bennett, and in support states as follows:

1. Michael A. Hurckes is currently counsel of record for Plaintiff, Monica Bennett, in this matter.

2. Irreconcilable differences have arisen between counsel and the client, making continued representation unreasonably difficult and impairing the effective attorney-client relationship.

1

3. In accordance with Local Rule 2.02(c)(1)(B)(i), the undersigned counsel has provided the client 14 days notice of counsel's intent to withdraw, and has been advised to seek substitute counsel.

4. Should Plaintiff decide to proceed pro se, her contact information is as follows:

Monica Bennett
8071 Foxdale Drive
Jacksonville, Florida 32210
(205) 757-9036
kobe81788@gmail.com

5. The undersigned has taken reasonable steps to avoid foreseeable prejudice, including informing the client of all upcoming deadlines and pending obligations in this matter.

6. This motion is made in good faith and not for purposes of delay.

7. In accordance with Local Rule 3.01(g), the undersigned has conferred with counsel for the other parties and there is no objection to this motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order permitting the withdrawal of Michael Alexander Hurckes as counsel of record for Plaintiff, and directing the Clerk to remove Mr. Hurckes from the CM/ECF service list in this matter.

Dated this 24th day of June, 2025.

Respectfully submitted,
*/s/ Michael A. Hurckes*
Michael A. Hurckes, Esq.
Florida Bar No. 1040918
IRONCLAD LAW, PLLC
1200 Brickell Avenue
Suite 1950
Miami, Florida 33131
Tel.: (917) 791-0636
Email: mh@ironclad.law

3

legal@ironclad.law
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 24th day of June 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record. I further certify that a true and correct copy has been provided to Plaintiff, Monica Bennett, at her last known address, 8071 Foxdale Dr., Jacksonville, Florida 32210 via Certified Mail.

<u>*/s/ Michael A. Hurckes*</u>
Michael A. Hurckes, Esq.
Florida Bar No. 1040918
IRONCLAD LAW, PLLC
1200 Brickell Avenue
Suite 1950
Miami, Florida 33131
Tel.: (917) 791-0636
Email: mh@ironclad.law
legal@ironclad.law
*Attorney for Plaintiff*